

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 6, 2020

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Darrell Lawrence et al.*, S1 19 Cr. 761 (JPO)

Dear Judge Oetken:

    On February 4, 2020, a grand jury returned, under seal, the above-captioned superseding indictment, which adds one defendant, Damon Galarza, a/k/a "D Kole," and two counts charging Jahuan Pollard, a/k/a "Flip," and Galarza with a Hobbs Act robbery and related firearms offenses. The charges as to all other defendants are unchanged. Law enforcement has been attempting to apprehend Galarza since February 6, 2020 and has learned that Galarza is aware that there is a warrant for his arrest. For this reason, the Government no longer believes the superseding indictment must remain under seal. Accordingly, the Government respectfully requests that the superseding indictment be unsealed, so that all of the other defendants (and Galarza, if he is arrested in time) can be arraigned on it at the status conference scheduled for 2:30 p.m. on February 12, 2020.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:   */s/ Frank J. Balsamello*
    Frank J. Balsamello / Jamie Bagliebter
    Assistant United States Attorneys
    (212) 637-2325 / -2366

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

February 7, 2020