**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2020

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Darrell Lawrence et al.*, S2 19 Cr. 761 (JPO)

Dear Judge Oetken,

    The Government respectfully writes to inform the Court that on Thursday, June 25, 2020, a grand jury returned superseding indictment in this case S2 19 Cr. 761 (JPO) (the "Superseding Indictment"). The Superseding Indictment adds four additional counts for defendants Derrick Casado and Carlos Rosario (Counts Fourteen through Seventeen) and adds defendant Juan Tejeda to the racketeering conspiracy count (Count One). As previewed for the Court, the new counts for Casado and Rosario are in connection with an October 5, 2019 robbery in Manhattan, during which Rosario shot and killed a victim. As stated in the Government's letter dated June 20, 2020, discovery relating to this incident was produced to the coordinating discovery attorney on or about March 4, 2020.

    A status conference is scheduled in this matter for September 8, 2020. In light of the logistical challenges associated with conducting a 14-defendant arraignment during the COVID-19 pandemic, the Government—with the consent of all of the defendants—respectfully requests that the arraignment on the Superseding Indictment be conducted at the September 8, 2020 conference.

    The Government also respectfully requests that time under the Speedy Trial Act be excluded between today's date and September 8, 2020 with respect to the charges in the Superseding Indictment. An exclusion of time pursuant to 18 U.S.C. § 3161(h)(7) is in the interests of justice because it will allow additional time for defense counsel to further review the

June 27, 2020
Page 2

discovery, consider any motions to be filed, confer with their clients, and continue ongoing plea negotiations. All defense counsel consent to this request as well.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      Acting United States Attorney
                                      Southern District of New York

                                      _____
                                      Frank J. Balsamello / Jamie Bagliebter
                                      Assistant United States Attorneys
                                      (212) 637-2325 / -2236

cc:     All counsel of record (by ECF)

> Granted. On consent of all parties, arraignment on the superseding indictment S2 will be conducted at the conference previously scheduled for September 8, 2020. The Court excludes time through September 8, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and each of the defendants in a speedy trial.
>   So Ordered.
>   Dated: June 29, 2020

_____
J. PAUL OETKEN
United States District Judge