Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Frank J. Balsamello / Jamie Bagliebter - (212) 637-2325 / -2236

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAMON GALARZA, a/k/a "D Kole," | ) Case No. S1 19 Cr. 761 (JPO) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

### ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)    DAMON GALARZA, a/k/a "D Kole"                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Racketeering conspiracy - 18 U.S.C. § 1962(d)
Narcotics conspiracy and related firearms offenses - 21 U.S.C. § 846; 18 U.S.C. §§ 924(c) and 2
Hobbs Act robbery - 18 U.S.C. § 1951 and 2


Date: 2/4/2020

_____
Issuing officer's signature

City and state:    New York, New York

Hon. Sarah Netburn, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 2/11/2020, and the person was arrested on (date) 4/13/2020
at (city and state) New York, NY.

Date: 4/18/2020

_____
Arresting officer's signature

Jamal Brown / Deputy U.S. Marshal
Printed name and title