

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

> Granted.  The February 12, 2021 pretrial conference is hereby adjourned to May 19, 2021, at 11:00 a.m.  The Court hereby excludes time under the Speedy Trial Act through May 19, 2021, finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
>    So ordered:  2/1/2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

_____
J. PAUL OETKEN
United States District Judge

Re:    *United States v. Darrell Lawrence et al.*, S3 19 Cr. 761 (JPO)

Dear Judge Oetken,

    The parties are scheduled to appear on February 12, 2021 at 3:00 p.m. for a status conference and arraignment on the S3 Superseding Indictment.[1]  Given the logistical challenges associated with conducting large, multi-defendant conferences in the COVID-19 pandemic—and with the consent of all of the defendants who have not yet pled guilty—the Government respectfully requests the conference and arraignment be adjourned approximately 90 days.

    The Government also understands that all defense counsel continue to review discovery, confer with their clients, evaluate potential motions, and negotiate and consider possible pretrial dispositions.  For these reasons—and again with the consent of all defendants who have not yet pled guilty—the Government respectfully requests that time under the Speedy Trial Act be excluded between February 12, 2021 and the adjourned conference date, in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7).

                                             Respectfully submitted,

                                             AUDREY STRAUSS
                                             United States Attorney
                                             Southern District of New York

                                             _____
                                             Frank J. Balsamello / Jamie Bagliebter /
                                             Peter Davis
                                             Assistant United States Attorneys
                                             (212) 637-2325 / -2236 / -2468

cc:    All counsel of record (by ECF)

---

[1] Gill was arraigned on the S3 indictment upon his arrest.  The other defendants were already arraigned on the S2 indictment, which differs from the S3 only in that Gill is added into the S3.