

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 18, 2022

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: *United States v. Darrell Lawrence et al.*, S3 19 Cr. 761 (JPO)

Dear Judge Oetken,

  The parties are scheduled to appear on Monday, April 25, 2022 at 11:00 a.m. for a status conference in the above-captioned case. With the exception of defendant Lyith Brandon Gill, all of the defendants in the case have either pled guilty or are scheduled to plead guilty shortly before or shortly after the current conference date. With respect to Gill, the Government and defense counsel have engaged in discussions about a potential pretrial disposition and intend to continue doing so in the coming weeks.

  Accordingly, the Government respectfully requests that the April 25 conference be adjourned approximately 3-4 weeks, during which time the parties anticipate additional guilty pleas and plea discussions. All affected counsel consent to this request, as well as to the exclusion of time under the Speedy Trial Act between April 25, 2022 and the adjourned conference date, as it is in the interests of justice for the parties to continue working towards resolutions of the charges in this case. *See* 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Frank J. Balsamello / Jamie Bagliebter /
 Peter Davis
Assistant United States Attorneys
(212) 637-2325 / -2236 / -2468

---

Granted.
The April 25, 2022 pretrial conference is adjourned to May 23, 2022, at 10:30 pm. The Court hereby excludes time through May 23, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
 So ordered:
 April 18, 2022

J. PAUL OETKEN
United States District Judge